## DRIGGS v. STATE.
### No. 24448.

Court of Criminal Appeals of Texas.
Nov. 9, 1949.

Rehearing Denied Jan. 11, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction was for possessing intoxicating liquor for the purpose of sale in dry territory, punishment assessed at a fine of one hundred dollars and confinement in the county jail for thirty days.

The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review, and the judgment is affirmed.